UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

CAROL EVELIA DIAZ,

     Plaintiff,

v.

VLADIMIR LITVINOV AND WAVE FREIGHT
SYSTEMS LTD.,

     Defendants.

CASE NO.:  3:22-cv-1440

_____

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **CAROL EVELIA DIAZ,** by and through the undersigned counsel, sues the Defendants, **VLADIMIR LITVINOV** and **WAVE FREIGHT SYSTEMS LTD.,** and alleges:

### ALLEGATIONS COMMON TO ALL COUNTS

1.    This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00) and within the jurisdictional limits of this Court.

2.    At all times material hereto, the Plaintiff, **CAROL EVELIA DIAZ,** was and is a resident of Miami, Florida.

3.    At all times material hereto, the Defendant, **VLADIMIR LITVINOV,** was and is a resident of Ontario, Canada.

4.    At all times material hereto, Defendant. **WAVE FREIGHT SYSTEMS LTD.,** was a Canadian corporation with its principal place of business in Ontario, Canada.

5.    At all times material hereto, and specifically on or about May 26, 2021, the Defendant, **WAVE FREIGHT SYSTEMS LTD.,** was the registered owner of a 2015 Kenworth T680 truck, bearing tag number PRP513P64 and VIN number PRP513P64, which was operated

by Defendant, **VLADIMIR LITVINOV,** on Interstate 57 near mile post 143, in Effingham Conty, Illinois.

## COUNT I
### NEGLIGENCE OF DEFENDANT, VLADIMIR LITVINOV

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6.      At all times material herein, Defendant, **VLADIMIR LITVINOV**, had a duty to operate and/or maintain the motor vehicle he was driving in a reasonable safe manner.

7.      On or about May 26, 2021, Defendant**, VLADIMIR LITVINOV**, negligently operated or maintained the motor vehicle he was driving so as to cause a collision with the motor vehicle that Plaintiff, **CAROL EVELIA DIAZ** was operating.

8.      As a direct and proximate result of the negligence of Defendant, **VLADIMIR LITVINOV**, Plaintiff, **CAROL EVELIA DIAZ**, sustained serious bodily injury that is permanent within a reasonable degree of medical probability, along with resulting pain and suffering; disability; physical impairment; disfigurement; mental anguish; inconvenience; loss of capacity for the enjoyment of life; expense of hospitalization; medical and nursing care and treatment; loss of earnings; loss of ability to earn money; and/or aggravation of a previously existing  condition. These losses are either permanent or continuing and Plaintiff will suffer these losses in the future.

WHEREFORE, the Plaintiff, **CAROL EVELIA DIAZ**, respectfully demands judgment against Defendant, **VLADIMIR LITVINOV**, for damages, costs, and interest and all other relief this Court deems just and appropriate.

## COUNT II
### VICARIOUS LIABILITY OF DEFENDANT, WAVE FREIGHT  SYSTEMS LTD.

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

9.      At all times material hereto, Defendant, **VLADIMIR LITVINOV**, had a duty to operate and/or maintain the vehicle he was driving in a reasonably safe manner.

10.     Despite that duty, on or about May 26, 2021, Defendant, **VLADIMIR LITVINOV**, negligently operated and/or maintained the motor vehicle he was driving so that it collided with the motor vehicle that Plaintiff, **CAROL EVELIA DIAZ**, was operating.

11.     At all times material hereto, and specifically on or about May 26, 2021, the Defendant, **VLADIMIR LITVINOV**, was an employee, agent and/or servant of Defendant, **WAVE FREIGHT SYSTEMS LTD.**, and was acting within the course and scope of his employment and/or agency with Defendant, **WAVE FREIGHT SYSTEMS LTD.**

12.     Defendant, **WAVE FREIGHT SYSTEMS LTD.**, is vicariously liable for the negligent acts and/or omissions of the Defendant, **VLADIMIR LITVINOV**, under the doctrine of respondeat superior and/or agency.

13.     At all times material hereto, Defendant, **VLADIMIR LITVINOV**, was operating the aforementioned vehicle with the permission or consent of the vehicle's owner, Defendant, **WAVE FRIEGHT SYSTEMS LTD.**

14.     Defendant, **WAVE FREIGHT SYSTEMS LTD.**, is vicariously liable for the negligent acts and/or omissions of the Defendant, **VLADIMIR LITVINOV**, under the doctrine of dangerous instrumentality.

15.     As a direct and proximate result of the negligence of Defendant, **VLADIMIR LITVINOV**, and the resulting vicarious liability of Defendant, **WAVE FREIGHT SYSTEMS, LTD.,** Plaintiff, **CAROL EVELIA DIAZ**, sustained serious bodily injury that is permanent within

- 3 -

a reasonable degree of medical probability, along with resulting pain and suffering; disability; physical impairment; disfigurement; mental anguish; inconvenience; loss of capacity for the enjoyment of life; expense of hospitalization; medical and nursing care and treatment; loss of earnings; loss of ability to earn money; and/or aggravation of a previously existing  condition. These losses are either permanent or continuing and Plaintiff will suffer these losses in the future.

WHEREFORE, the Plaintiff, **CAROL EVELIA DIAZ**, respectfully demands judgment against Defendant, **WAVE FREIGHT SYSTEMS, LTD.**, for damages, costs, and interest and all other relief this Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff further demands a trial by jury on all issues so triable as of right by jury.

Dated:  _July 6, 2022_____

BROWN & CROUPPEN, P.C.

BY:_____/s/ Justin Wilson_____
   Justin Wilson, #6310504
   Attorney for Plaintiff
   One Metropolitan Square
   Suite 1600
   St. Louis, MO  63102
   (314) 421-0216
   (314) 421-0359 (Fax)
   Justinw@getbc.com
   pipleadings@getbc.com