IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROL EVELIA DIAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.   22-cv-1440  JPG |
| | ) |
| VLADIMIR LITVINOV and | ) |
| WAVE FREIGHT SYSTEMS, LTD., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**MEMORANDUM AND ORDER**

    This matter comes before the Court on a stipulation of dismissal (doc. 44).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.  Here, the parties have presented a signed stipulation of dismissal.  Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: 3/17/2023

                                                                *s/J. Phil Gilbert*
                                                                UNITED STATES DISTRICT JUDGE